# EXHIBIT A

```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - -x
ROBERT L. DRUMMOND,                 :
individually and on behalf of       :
other similarly situated            :
individuals,                        :
                                    :
              Plaintiffs,           :  Civil No. 14cv1837(AWT)
                                    :
v.                                  :
                                    :
HARTFORD FIRE INSURANCE             :
COMPANY,                            :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - -x
```

**NOTICE OF RIGHT TO JOIN LAWSUIT**

TO: ALL INDIVIDUALS WHO WORKED FOR THE HARTFORD FIRE INSURANCE COMPANY AS **AUTOMOBILE SERVICE REPRESENTATIVES** ANY WHERE IN THE UNITED STATES AT ANY TIME BETWEEN JULY 1, 2012 AND PRESENT

RE: FAIR LABOR STANDARDS ACT ("FLSA") LAWSUIT FILED AGAINST THE HARTFORD FIRE INSURANCE COMPANY

## I. INTRODUCTION

This Notice is to inform you about a lawsuit under the federal Fair Labor Standards Act ("FLSA"), to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, if you so choose.

## II.     DESCRIPTION OF THE LAWSUIT

On December 8, 2014, Robert L. Drummond filed a lawsuit in the U.S. District Court for the District of Connecticut, alleging that the Hartford Fire Insurance Company (referred to herein as "the Hartford" or the "Defendant") has a policy of compelling Automobile Sales Representatives (referred to herein as "ASRs") to perform work "off the clock." Plaintiff Drummond seeks to recover unpaid overtime compensation, plus an equal amount in liquidated damages.

The Hartford denies Plaintiff Drummond's claims. It maintains that it has fully complied with all wage and hour laws at issue, that its policy is clear that all working time must be recorded and paid, and that no current or former ASRs are legally entitled to any additional compensation. Further, The Hartford reminds all employees that they must follow The Hartford's written policy of recording all hours worked.

The Court authorized this notice to all current/former ASRs from July 1, 2012 through the present, each of whom may join the case by completing and returning the attached "Consent to Join" form. However, the Court has made no rulings yet on whether Mr. Drummond or The Hartford is correct. The case is still at an early stage.  The Court has only conditionally certified this case as a collective action. After discovery is taken of the individuals who opt into the case, the Court may ultimately rule that the prospective collective action members are not similarly situated and decertify the case. A trial may be necessary to decide whether the claims being made against The Hartford are correct or whether the various defenses to those claims are correct.  The Honorable Alvin W. Thompson, a judge in the United States

Page | 2

District Court for the District of Connecticut, presently is overseeing this lawsuit. The lawsuit is known as *Drummond v. Hartford Fire Insurance Company*, Case No. 3:14-cv-01837.

### III.     PERSONS ELIGIBLE TO RECEIVE THIS NOTICE

The United States District Court for the District of Connecticut has approved this Notice to be distributed to:

> ALL INDIVIDUALS WHO WORKED FOR THE HARTFORD FIRE INSURANCE COMPANY AS AUTOMOBILE SALES REPRESENTATIVES ANY WHERE IN THE UNITED STATES AT ANY TIME BETWEEN JULY 1, 2012 AND PRESENT

### IV.     YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you meet the description in Section III above, and if you believe you were compelled to work off the clock and The Hartford failed to compensate you for overtime, you have the right to join this lawsuit. It is entirely your own decision whether to join this lawsuit.

### V.     EFFECT OF JOINING THIS LAWSUIT

If you choose to join this lawsuit against The Hartford then you become a plaintiff party. As such, you will be bound by any judgment on any claim you may have under the FLSA, whether favorable or unfavorable. Furthermore, as the lead Plaintiff, Mr. Drummond will be authorized to make decisions bearing on the litigation, including but not limited to entering into

any settlement agreement, on behalf all persons who join as plaintiffs, subject to the Court's approval.

In addition, if you join this lawsuit against The Hartford, then you *may* be required to appear for a deposition to provide testimony in response to questions about your employment, to respond to written questions regarding your claim, to produce documents in your possession relevant to the claims in the lawsuit, and to potentially testify at trial. Finally, if The Hartford prevails in this lawsuit, the Court might decide that you and the other plaintiffs must reimburse the Hartford for the costs it has incurred in defending this case.

## VI.     NO LEGAL EFFECT IN NOT JOINING THIS LAWSUIT

If you choose not to join this lawsuit, you will not be affected or bound by any judgment, favorable or unfavorable, on any of the claims brought under the FLSA that are alleged in this lawsuit.

If you choose not to join this lawsuit, you retain all rights, if any, that you may have under the FLSA and are free to file your own lawsuit or complaint with the U.S. Department of Labor.

## VII.    YOUR LEGAL REPRESENTATION IF YOU JOIN

The Plaintiffs are represented by the JTB Law Group LLC. The lead attorney on the case is Jason T. Brown, assisted by attorneys Michael G. Radigan, Zijian Guan, and Nicholas Conlon. Their address is:

> JTB Law Group LLC
> 155 2nd St., Suite 4
> Jersey City, NJ 07302

Please direct e-mail communications to attorney Michael G. Radigan at michaelradigan@jtblawgroup.com.

If you choose to join the lawsuit, the JTB Law Group will be representing you unless you obtain another attorney. You will not be required to pay any attorneys' fees or court costs to the Plaintiffs' lawyers.

| VIII. | HOW TO JOIN THIS LAWSUIT |
|---|---|

You may join this lawsuit in any of the following ways no later than [INSERT DATE 45 DAYS FROM MAILING]:

**(1)** *Fill out attached "Consent to Join Form" and* **MAIL** *it to*: JTB Law Group, LLC, ATTN: Michael G. Radigan, 155 Second Street, Suite 4, Jersey City, New Jersey 07302;

**(2)** *Fill out the attached "Consent to Join Form," scan it, and* **E-MAIL** *it to*: michaelradigan@jtblawgroup.com;

**(3)** *Fill out attached "Consent to Join Form" and* **FAX** *it to*: 855-582-5297.

**(4)** *Complete the* **ONLINE CLAIM FORM** *which can be found at* [URL of claim submission website].

| IX. DEADLINE |
|---|

To join this case, you must return the form using at least ONE of the four methods in Section VIII by [INSERT DATE 45 DAYS FROM MAILING]. If you have already submitted a Consent to Join form, you do not need to submit another one at this time.

## X.   NO OPINION EXPRESSED AS TO MERITS OF LAWSUIT

This Notice is for the sole purpose of providing current and former Hartford ASRs with information concerning their potential right to join this lawsuit. Although this Notice and its contents have been authorized by the Court, the Court takes no position regarding the merits of Plaintiffs' claims or the Hartford's defenses.

## XI.  NO RETALIATION PERMITTED

The FLSA prohibits employers, such as the Hartford, from discriminating or retaliating against or taking adverse actions against any person for filing a lawsuit, claim or complaint for compensation, assisting or testifying in a lawsuit under the FLSA, or otherwise participating in a proceeding or exercising their rights under the FLSA.

To learn more about the anti-retaliation protections provided by the FLSA, you can contact Plaintiffs' counsel. You can also review the Department of Labor's Fact Sheet # 77A, entitled "Prohibiting Retaliation under the Fair Labor Standards Act (FLSA)": http://www.dol.gov/whd/regs/compliance/whdfs77a.pdf

## XII. FURTHER INFORMATION

For further information, you may contact the Plaintiffs' attorneys at the address indicated in

Section VII, by telephone at 877-561-0000, or by e-mail at michaelradigan@jtblawgroup.com.

**PLEASE DO NOT ATTEMPT TO CONTACT THE COURT REGARDING THIS LAWSUIT.**

**UNITED STATES DSTRICT COURT**
**DISTRICT OF CONNECTICUT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ROBERT L. DRUMMOND, individually and on behalf of other similarly situated individuals, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :    Civil No. 14cv1837(AWT) |
| | : |
| HARTFORD FIRE INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CONSENT TO JOIN FORM**

1.      Pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), I hereby consent to join and act as a plaintiff in the above-captioned lawsuit.  I understand that if I join this lawsuit, I may be required to appear for a deposition to provide testimony in response to questions about my employment, to respond to written questions regarding my claim, to produce documents and information regarding my claims that I worked off the clock, and to potentially testify at trial.

2.      I agree to be bound by any adjudication or court rulings in the lawsuit, whether favorable or unfavorable.

3.      I hereby designate the law firm JTB Law Group, LLC to represent me in the lawsuit.

Signature: _____     Date Signed: _____

Print Name: _____

Street Address: _____

City, State, Zip: _____

Telephone: _____     Email: _____

You may submit this form in at least ONE of the following four ways by [==INSERT DATE 45 DAYS FROM MAILING==]:
**(1)** mail it to: JTB Law Group, LLC, ATTN: Michael G. Radigan, 155 Second Street, Suite 4, Jersey City, New Jersey 07302;
**(2)** Scan and e-mail it to:michaelradigan@jtblawgroup.com;
**(3)** Fax it to: 855-582-5297.
**(4)** Complete the online form found at [==URL of claim submission website==].